■ LASSINA DIARRA, Respondent, v NJS CARPENTRY et al., Appellants. NJS CARPENTRY et al., Third-Party Plaintiffs-Appellants, v RICHARD RADNA, M.D., Third-Party Defendant. [28 NYS3d 614]—

Order, Supreme Court, New York County (Arlene P. Bluth, J.), entered November 12, 2014, which granted plaintiff's motion for leave to amend the complaint to include a claim for punitive damages, unanimously affirmed, without costs.

According to a police report, at the time defendant Peter Ferentinos's vehicle rear-ended plaintiff's vehicle at an intersection, defendant had a blood alcohol level of 0.27% and was visibly intoxicated. In addition, Ferentinos testified during his deposition that on the evening of the accident, he consumed alcohol in New Jersey and then drove to Manhattan, where he collided with plaintiff's vehicle. Defendant claims to have no recollection of the color or model of the car he struck, or anything the police asked or said to him at the time of the accident. Under these circumstances, plaintiff's proposed claim for punitive damages is not devoid of merit (*see Silvin v Karwoski*, 242 AD2d 945 [4th Dept 1997]; *see also Bondi v Bambrick*, 308 AD2d 330 [1st Dept 2003]; *Chiara v Dernago*, 128 AD3d 999, 1003 [2d Dept 2015]). Furthermore, plaintiff's delay in seeking leave to amend does not warrant denial of the motion inasmuch as there is no indication that defendants are prejudiced (*see Cherebin v Empress Ambulance Serv., Inc.*, 43 AD3d 364, 365 [1st Dept 2007]). Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Gesmer, JJ.

■ CAROL HOLLMAN, Appellant-Respondent, v 480 ASSOCIATES, INC., Respondent-Appellant, et al., Respondent. [28 NYS3d 615]—A cross appeal having been taken to this Court by defendant 480 Associates, Inc., from order of the Supreme Court, New York County (Frank P. Nervo, J.), entered on or about February 25, 2015, and said cross appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 8, 2016, it is unanimously ordered that said cross appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Mazzarelli, Friedman, Richter and Kahn, JJ.